1   Erika Bailey Drake (SBN 248034)
2   edrake@drakeanddrake.com
    Roger D. Drake (SBN 237834)
3   rdrake@drakeanddrake.com
4   23679 Calabasas Road, Suite 403
    Calabasas, California 91302
5   Telephone: 818.438.1332
6   Facsimile: 818.854.6899
7   Attorneys for Plaintiff

8

9           UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
10

11  LAKESHA HARRISON,              )
12                                 )  CASE NO.: 5:15-cv-1362-E
            Plaintiff,             )
13                                 )
14  v.                             )
                                   )  [~~PROPOSED~~] ORDER
15  CAROLYN W. COLVIN, Acting,     )  AWARDING EAJA FEES
16  Commissioner of Social Security,  )
17                                 )
            Defendant.             )
18  ───────────────────────────── )
19

20          Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

21      IT IS ORDERED that EAJA fees are awarded in the amount of TWO

22  THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($2,600.00) subject to the

23  terms of the stipulation.

24

25  Dated: 6/14/16

26                          HON. CHARLES F. EICK
                            UNITED STATES MAGISTRATE JUDGE
27

28

                                   -1-